TIMOTHY COURCHAINE
United States Attorney
District of Arizona
TERRY MEINECKE
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Joseph Omar Herrera-Perez,<br><br>　　　　　　Defendant. | 25-CR-04132-LCK<br><br>**I N F O R M A T I O N**<br><br>Violation:<br><br>19 U.S.C. §§ 1459(a), (e)(1), & (g)<br>(Reporting Requirements for Individuals)<br>(Class A Misdemeanor) |

THE UNITED STATES ATTORNEY CHARGES:

On or about September 27, 2025, in the District of Arizona, at or near Sasabe, Arizona, Joseph Omar Herrera-Perez, upon arrival in the United States other than by vessel, vehicle, or aircraft intentionally failed to enter the United States at a border crossing point designated by the Secretary of the Department of Homeland Security or immediately failed to report their arrival and present themselves for inspection to a Customs Officer at a facility designated by immigration officials for that crossing point; all in violation of Title 19, United States Code, Sections 1459(a), (e)(1), & (g), a Class A misdemeanor.

September 29, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*Terry M. Meinecke*
TERRY MEINECKE
Assistant U.S. Attorney