## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America**<br><br>    v.<br><br>**Joseph Omar Herrera-Perez** | ***MISDEMEANOR***<br>**JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br><br>**No.  CR-25-04132-001-TUC-LCK**<br><br>Nancy Janeth Arce (FPD)<br>Attorney for Defendant |

USM#: 13735-512

**THE DEFENDANT ENTERED A PLEA OF** guilty on 10/7/2025 to the Information.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 19, U.S.C. §1459(a)(e)(1)(g), Reporting Requirements for Individuals, a Misdemeanor offense, as charged in the Information.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is committed to the custody of the Bureau of Prisons for a term of **TIME SERVED.**

## CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** REMITTED     **FINE:** WAIVED    **RESTITUTION:** N/A

The Court finds the defendant does not have the ability to pay a fine and orders the fine waived.

On motion of the Government, the special assessment is REMITTED.

**THE DEFENDANT IS ADVISED OF DEFENDANT'S RIGHT TO APPEAL BY FILING A NOTICE OF APPEAL IN WRITING WITHIN 14 DAYS OF ENTRY OF JUDGMENT.**

CR-25-04132-001-TUC-LCK  Page 2 of 2
USA vs. Joseph Omar Herrera-Perez

The Court orders commitment to the custody of the Bureau of Prisons.

Date of Imposition of Sentence: **Tuesday, October 07, 2025**

Dated this 7th day of October, 2025.

_____
Honorable Lynnette C. Kimmins
United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:

_____ , the institution
defendant delivered on _____ to _____ at _____
designated by the Bureau of Prisons with a certified copy of this judgment in a Criminal case.

_____         By:   _____
United States Marshal                                          Deputy Marshal

CR-25-04132-001-TUC-LCK- Herrera-Perez